# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IRBY et al. v. XHENG et al. | CIVIL ACTION NO. 18-148 |
|---|---|

# ORDER

**AND NOW**, this 16th day of December, 2019, upon consideration of Defendant Katherine Xheng's Motion for Summary Judgment (ECF 32), Plaintiff's response (ECF 50), and Defendant Katherine Xheng's reply (ECF 53), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Katherine Xheng's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-148 Irby v. Xheng\18cv148 - Order 12162019.docx