# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IRBY et al., Plaintiffs v. Xheng et al., Defendants | CIVIL ACTION NO. 18-148 |
|---|---|

Baylson, J.                                                                                       January 5, 2021

## ORDER

Upon consideration of Defendant Panphil Realty's Motion for Summary Judgment (ECF 82), Plaintiffs' Response (ECF 85), Defendant's Statement of Undisputed Facts (ECF 87), and Plaintiffs' Response thereto (ECF 88), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Panphil Realty's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**